# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00676-CV

**CHG Cornerstone Hospital of Austin, L.P., Appellant**

**v.**

**Vicki McGlothan, Individually and on behalf of The Estate of Sylvester McGlothan, Deceased; Shanta McGlothan, Navasha O'Laughlin; and Kelle McGlothan, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-GN-08-002708, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss its appeal, explaining that appellees have non-suited appellant from the underlying suit. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: December 16, 2010